**Order entered July 1, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00493-CV

### PIONEER EMERALD POINTE, LLC, Appellant

### V.

### TEXMENIAN CONTRACTORS, LLC D/B/A RED CARPET CLEANING AND MERGE MANAGEMENT, LLC D/B/A EMERALD POINT APARTMENTS, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02983**

### ORDER

By letter filed June 30, 2022, Brooke Wagner, Official Court Reporter for the 160th Judicial District Court, has informed the Court that the reporter who might be responsible for the record of the underlying proceedings is Gina Udall. Accordingly, we **ORDER** Ms. Udall to file the reporter's record no later than July 29, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Udall and the parties.

/s/ CRAIG SMITH
JUSTICE